Cleophus A. D'CRUZ, Plaintiff–Appellant,

v.

Kofi ANNAN, Other Officials, named, of the United Nations Organization, Defendants–Appellees.

No. 06–2353–cv.

United States Court of Appeals, Second Circuit.

April 18, 2007.

Cleophus A. D'Cruz, pro se, for Appellant.

Larry D. Johnson, Assistant Secretary–General for Legal Affairs, United Nations, New York, NY, for Appellee.

PRESENT: RALPH K. WINTER, JOSÉ A. CABRANES and PETER W. HALL, Circuit Judges.

## SUMMARY ORDER

Plaintiff Cleophus D'Cruz appeals *pro se* from a decision of the District Court dismissing *sua sponte* his complaint against Kofi Annan and the United Nations organization, and other UN officials. We assume the parties' familiarity with the facts, the issues on appeal and the procedural history.

Having carefully reviewed all of plaintiff's arguments, we affirm the District Court's decision for substantially the same reasons set forth in the decision of the District Court. Insofar as plaintiff argues that the District Court's *sua sponte* dismissal of his complaint violated his due process rights, his argument is without merit, as the District Court has the authority to dismiss a frivolous complaint *sua sponte*. *See Fitzgerald v. First E. Seventh St. Tenants Corp.*, 221 F.3d 362, 364 (2d Cir.2000).

We have considered all of plaintiff's arguments on appeal and find them to be without merit. Accordingly, we hereby AFFIRM the judgment of the District Court.